## UNITED STATES of America, Plaintiff-Appellee,

v.

## John Clyde DOGGETT, Defendant-Appellant.

No. 30872

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 21, 1971.

Ronald W. Chapman (Ct.Apptd.), Chapman & Carrithers, Houston, Tex., for appellant.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Anthony J. P. Farris, U. S. Atty., Dewey F. Meadows, Malcolm R. Dimmitt, James R. Gough, Asst. U. S. Attys., Houston, Tex., for appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]